# Third District Court of Appeal

## State of Florida

Opinion filed February 2, 2022.

_____

No. 3D21-1944
Lower Tribunal No. 21-3035 SP
_____

**Tower Imaging, LLC, etc.,**
Appellant,

vs.

**State Farm Mutual Automobile Insurance Company,**
Appellee.

An Appeal from the County Court for Miami-Dade County, Michael G. Barket, Judge.

Daly & Barber, P.A., Christina M. Kalin, Matthew C. Barber and John C. Daly (Plantation), for appellant.

Akerman, LLP, Marcy Levine Aldrich and Nancy A. Copperthwaite, for appellee.

Before FERNANDEZ, C.J., and EMAS, and BOKOR, JJ.

PER CURIAM.

## ON CONFESSION OF ERROR

Tower Imaging, LLC, d/b/a Blackfin Medical (as assignee of Rebecca Jeznach) ("Blackfin"), appeals the trial court's order granting State Farm Mutual Automobile Insurance Company's ("State Farm") motion to transfer the case based on forum *non-conveniens*. Blackfin claims that the motion to transfer was not based on any supporting evidence presented by State Farm and further claims that the trial court erred by requiring Blackfin to pay the transfer fee. State Farm responds and confesses error in both respects. Upon review of the record, we agree. See Miracle Chiropractic & Rehab Ctr. v. 21st Century Centennial Ins. Co., 46 Fla. L. Weekly D1078 (Fla. 4th DCA May 12, 2021).

Reversed and remanded.